**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**THE UNITED STATES OF AMERICA**

       **v**                      **Case No.: 15-CR-712 (DRD)**

**LUIS GOMEZ-ARROYO (21)**

**MOTION NOTIFYING BAIL VIOLATION
AND REQUESTING AN ARREST WARRANT AND HEARING**

**TO THE HONORABLE DANIEL R. DOMÍNGUEZ
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

    **COMES NOW**, **MANUEL ROMÁN, UNITED STATES PROBATION OFFICER OF THIS COURT**, respectfully informing and requesting the following:

    1. On November 25, 2015, defendant Luis Gomez-Arroyo was released on bail. Prior to the Order Setting Conditions of Release, defendant was ordered on September 23, 2015 by Judge Israel Hernández-González of the Humacao State Court to receive treatment because of his cocaine and heroin addiction. Since said date he had been receiving treatment at Hogar Crea in Fajardo. During a meeting with defendant on December 7, 2015 he was explained to notify immediately this writer if he needed additional services. Nevertheless, client's interest was to be discharged from treatment.

    2. Mr. Luis Sosa, who is supervising defendant at the state level, informed that during a hearing at the Humacao State Court on December 29, 2015, client had also requested to be discharged from treatment; however, the Court did not grant defendant's request

1

3. During the evening of January 19, 2016, defendant Luis Gomez-Arroyo had a relapse and abandoned the treatment program, Hogar Crea, in violation to bail condition 7(o), which required defendant to participate in a program of substance abuse treatment. Presently, Mr. Gomez-Arroyo's whereabouts are unknown. He has not contacted the U.S. Probation Office.

**WHEREFORE**, in view of the above-mentioned facts, the undersigned respectfully notifies the Court defendant's abandonment of treatment and requests an arrest warrant be issued for Mr. Gomez-Arroyo so that he may be brought to appear before this Honorable Court to show why his bail supervision should not be revoked.

In San Juan, Puerto Rico, this 21st day of January, 2016.

Respectfully submitted,

EUSTAQUIO BABILONIA, Chief
U.S. Probation Officer

**s/ Manuel Román**
Manuel Román
U.S. Probation Officer
Federal Office Building
150 Carlos Chardón Avenue, Rm. 400
Hato Rey, P.R. 00918
Telephone: (787) 766-5596
Fax: (787) 799-5945
E-mail: manuel_roman@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that today, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the interested parties in this case.

In San Juan, Puerto Rico, this 21st day of January, 2016.

    Respectfully submitted

    EUSTAQUIO BABILONIA, Chief
    U.S. Probation Officer

    **s/ Manuel Román**
    Manuel Román
    U.S. Probation Officer
    Federal Office Building
    150 Carlos Chardón Avenue, Rm. 400
    Hato Rey, P.R. 00918
    Telephone: (787) 766-5596
    Fax: (787) 799-5945
    E-mail: manuel_roman@prp.uscourts.gov